# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>25-2607</u>

Mike Amiegbe v. Attorney General United States of America

(A204-739-223)

# O R D E R

On **August 20, 2025**, a petition for review was filed and served in the above-captioned action. Pursuant to Fed. R. App. P. 17(a), the administrative record shall be filed in this office within 40 days from the date of service of the petition. The Executive Office of Immigration Review is directed to file the record on or before **September 29, 2025.**

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated:  August 20, 2025
TMM/cc:   CL
　　　　　EOIR
　　　　　Pamela Bondi, Esq.
　　　　　OIL
　　　　　Benjamin J. Osorio, Esq.